IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02227-MSK-MJW

ROBERT C.,
by and through his parents and next friends,
ALBERT and PATRICIA C.,

Plaintiff(s),

v.

THOMPSON R2-J SCHOOL DISTRICT,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Use Pseudonym (Docket No. 2), which is unopposed (Docket No. 3), is granted. Plaintiff may thus continue to use the pseudonym set forth in the current caption of this case.

Date: November 21, 2008