IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02227-MSK-MJW

**ROBERT C., by and through his parents and next friends, ALBERT and PATRICIA C.,**

Plaintiff,

v.

**THOMPSON R2-J SCHOOL DISTRICT,**

Defendant.

---

## ORDER RE: STIPULATED MOTION FOR DESIGNATION OF RECORD AND CERTIFICATE OF COMPLIANCE WITH ECF H.6. CONVENTIONALLY SUBMITTED MATERIALS (Docket No. 17)

---

THE COURT, after having considered the Stipulated Motion for Designation of Record and Certificate of Compliance with ECF H.6. Conventionally Submitted Materials filed thereto, hereby GRANTS said Motion.

It is ordered that the Office of Administrative Courts shall submit the Record on Appeal in the Office of Administrative Court Case titled *RC, by and through his parents, [PARENTS] v. Thompson R2-J School District*, Case Number EA 2008-0002. The administrative record does not need to be paginated and should include the following:

1. All pleadings and correspondence filed with Impartial Hearing Office (IHO).

2. Joint Exhibits A though GG (index in front of binder): all admitted into the record.

3. Petitioner's Exhibits (index in front of binder):

    - Exhibits 1 through 4 admitted only as to those records prior to August 1, 2007

    - Exhibits 5 and 6: withdrawn.

1

- Exhibits 7 through 10 admitted into the record.

4. Transcripts of the due process hearing held over four days on January 22, 23, 24 and 28, 2008.

5. The IHO's Findings and Decision.

6. All pleadings and documents filed with the Administrative Law Judge (ALJ).

7. The ALJ's Decision Upon State Level Review.

DONE and SIGNED this 20th day of January, 2009.

BY THE COURT:

/s/ Michael J. Watanabe
~~Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO