IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02227-MSK-MJW

ROBERT C., by and through his parents and next friends, ALBERT and PATRICIA C.,

Plaintiff,

v.

THOMPSON R2-J SCHOOL DISTRICT,

Defendant.

---

ORDER VACATING SETTLEMENT CONFERENCE (Docket No 33)

---

This matter comes before this Court on the parties' Stipulated Motion to Vacate the Settlement Conference [docket no. 33, filed April 21, 2009] (the "Motion"). The Court has reviewed the file and considered the Motion. The Court, being fully advised, finds and orders as follows:

IT IS ORDERED that the motion (Docket No 33) is granted and the Settlement Conference scheduled for April 28, 2009 is VACATED, and that the Court will proceed with judicial review of the decision of the State Administrative Law Judge.

By: /s/ Michael J. Watanabe  4-22-09

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO