IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02227-WJM-MJW

ROBERT C.,
by and through his parents and next friends,
ALBERT AND  PATRICIA  C.,

Plaintiff(s),

v.

THOMPSON R2-J SCHOOL DISTRICT,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate Final Trial Preparation Conference, DN 39, filed with the Court on February 22, 2011, is GRANTED.   The Final Pretrial Conference set before Magistrate Judge Watanabe on April 20, 2011, at 9:00 a.m. is VACATED.

Date:  February 25, 2011