**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 08-cv-02227-WJM-MJW

ROBERT C., by and through his parents and next friends, ALBERT and PATRICIA C.,

　　Plaintiffs,

v.

THOMPSON R2-J SCHOOL DISTRICT,

　　Defendant.

_____

**ORDER OF  DISMISSAL**

_____

　　This matter  comes before the Court on the parties' Joint Motion to Dismiss

pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, filed April 5, 2011,

(ECF No. 46).  The Court having  considered the parties' Joint Motion, and being

otherwise fully advised,  ORDERS as follows:

　　The Joint Motion to Dismiss is hereby GRANTED.  The above-captioned case is

DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorneys' fees and

costs.

　　Dated this 6th day of April, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge